999 F.2d 1037w
 26 Fed.R.Serv.3d 730, 16 Employee Benefits Cas. 2755,
Pens. Plan Guide P 23883I
 Gary CORBIN, Plaintiff-Appellant,
v.
Karl BLANKENBURG; John Cruz; Charles Furlotte; Robert
Kuschel; Joseph Laughhunn; Robert Ledbetter; David
Margolis; David McEachin; Robert Stephens; Jerome Wilson;
Robert Udell, Present or Former Trustees of the Pattern &
Model Makers Association of Warren & Vicinity Pension Fund
(Defined Benefit); Mid-Continental Claim Service and
Administrators, Inc.; Gary Novara; and Laurence Breskin,
Defendants-Appellees.
 No. 92-1540.
 United States Court of Appeals,
Sixth Circuit.
 Argued March 12, 1993.
Decided Aug. 2, 1993.
 NOTE: SUPERSEDED OPINION AT 999 F.2d 1043. DATED Oct. 4, 1993.